| | |
|---|---|
| 1 | Adam B. Nach – 013622 |
| 2 | Allison M. Lauritson–022185 |
|   | **LANE & NACH, P.C.** |
| 3 | 2001 E. Campbell Ave., Suite 103 |
|   | Phoenix, AZ 85016 |
| 4 | Telephone No.: (602) 258-6000 |
|   | Facsimile No.: (602) 258-6003 |
| 5 | Email: adam.nach@lane-nach.com |
|   | Email: allison.lauritson@lane-nach.com |

*Attorneys for Gayle Eskay Mills, Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | (Chapter 7 Case) |
|---|---|
| PAUL DAVID MANIX and MARY DELANEY MANIX, | No. 4:17-bk-02935-BMW |
| Debtors. | **NOTICE TO CREDITORS AND INTERESTED PARTIES OF SALE** |

**NOTICE IS GIVEN** that the Estate's interest in the below described property will be auctioned on Friday, **June 30, 2017,** at **8:30 a.m.**, at the Office of the United States Trustee, 230 North First Avenue, First Floor, Suite 102, Phoenix, Arizona. To bid by telephone call 1 (310) 372-7549 wait for prompt – ACCESS CODE # 831482 then press #. The high bidder at auction will be deemed the buyer and will close the sale no later than 2:00 p.m. on Wednesday, **July 5, 2017**.

| Property to be Sold: | The Estate's interest in Man-X Inflation Needles, trademark and patent related thereto ("**Property**"). |
|---|---|
| Terms of Sale: | Prospective purchasers are encouraged to personally inspect/perform their own due diligence of the Property being sold, as the Property will be sold "AS IS", with no warranties, guaranties or representations. Cashier's check no later than 2:00 p.m. on Wednesday, June 28, 2017. Trustee may establish minimum bidding intervals at auction. **The auction is subject to Trustee's final approval.** |
| Proposed Purchaser: | William Reeser or nominee for **$500.00** or the highest and best bid at auction. |
| Insider: | Trustee has been advised that the proposed purchaser is not an insider. |
| Description of Interest(s) in the Property: | Man-X inflation Needle Holder Utility Patent #6,997,334; Trademark Registration No. 3321310.<br><br>• $4,000.00 is due on August 1, 2017 to the US Patent Office for the 11.5 year maintenance fee. |

| | |
|---|---|
| | • The Patent expires in 2022 if the tax is paid<br>• Trustee is not aware of any liens or interests.<br>The Property will be sold **subject to** all liens, claims and interests. |
| To Obtain More Information: | Contact: Allison M. Lauritson at (602) 258-6000 (x302) or email allison.lauritson@lane-nach.com. |
| Appraisals: | The Trustee is not aware of any recent appraisals on the Property being sold. |
| Compensation/Fees: | There are no broker's fees/compensation related to this sale. |
| Motions for stay relief: | There have been no motions for stay relief filed regarding this Property. |

If any person opposing same shall file a written objection on or before 21 days from the date of this Notice with the Clerk of the Court, United States Bankruptcy Court, as follows: (a) by hand-delivery or by mail to 38 South Scott Avenue, Room 100, Tucson, AZ 85701; or (b) electronically at the Court's website: ecf.azb.uscourts.gov using the Court's electronic filing procedures. A copy of such objection shall be forthwith mailed to the attorney for the Trustee, Allison Lauritson, Lane & Nach, P.C., 2001 East Campbell Avenue, Suite 103, Phoenix, AZ 85016.

If a person timely objects in writing and a hearing is requested but has not yet been conducted by the Court as of the date of the scheduled sales, bids will be taken and the normal sales procedures followed. The closing of the sale remains dependent upon the outcome of the Court hearing regarding the objection. If there is no timely objection and request for hearing, no hearing will be held, and the Trustee will proceed to sell the property without further order of the Court.

DATED: June 1, 2017.

**LANE & NACH, P.C.**

By: */s/ Allison M. Lauritson–022185*
    Adam B. Nach
    Allison M. Lauritson
    *Attorneys for Trustee*

| | |
|---|---|
| 1 | COPY of the foregoing delivered<br>via electronic notification to: |
| 2 | |
| 3 | Stephen Mark Trezza<br>The Arizona Law Group of Trezza and Associates<br>4011 E. Broadway #200 |
| 4 | Tucson, AZ 85711<br>Email: trezzaecfnotices@gmail.com |
| 5 | *Attorney for Debtors* |
| 6 | Office of U.S. Trustee<br>230 North First Avenue |
| 7 | Phoenix, AZ 85003<br>Email: Renee.S.Shamblin@usdoj.gov |
| 8 | |
| 9 | By: */s/ Deborah McKernan* |